Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

Robert W. McFarland (*Pro Hac Vice Forthcoming*)
Amy Morrissey Turk (*Pro Hac Vice Forthcoming*)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510
Phone:  (757) 640-3716
Fax:  (757) 640-3966
rmcfarland@mcguirewoods.com
aturk@mcguirewoods.com

Joel S. Allen (*Pro Hac Vice Forthcoming*)
MCGUIREWOODS LLP
2000 McKinney Ave., Suite 1400
Dallas, Texas 75201
Phone:  (214) 932-6400
Fax:  (214) 932-6499
jallen@mcguirewoods.com

*Attorney for Defendants*
*Portfolio Recovery Associates, LLC and PRA Group, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DELANIE BUTLER and JOHN ROBINSON, individually and on behalf of all similarly situated class and collective action members,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company; PRA GROUP, INC., a Delaware Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00861-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and 6-2, Plaintiffs Delanie Butler and John Robinson, individually and on behalf of all similarly situated class and collective action members ("Plaintiffs") and Defendants Portfolio Recovery Associates, LLC, and PRA Group, Inc. ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to a fifteen-calendar day extension of time, up to and including Friday, July 10, 2020, for Defendants to file a response to Plaintiffs' Complaint. Plaintiffs' Complaint was filed on May 12, 2020 (ECF No. 1) and Defendants were served on June 4, 2020. Defendants' response is currently due on June 25, 2020. This is the parties first request for an extension.

The parties are engaged in discussions concerning a related case in the United States District Court – Eastern District Court of Virginia. The parties require more time to discuss the severance of the WARN Act claims and the wage and hour claims in Plaintiffs' Complaint and transfer of the wage and hour claims to the related case, or whether Defendants will be required to file motions requesting the same.

/ / /

/ / /

/ / /

2

Therefore, the parties agree an extension of time is warranted. This stipulation is not brought for the purposes of delay or any other improper purpose.

DATED this 24 day of June, 2020.                    DATED this 24 day of June, 2020.

HUTCHINGS LAW GROUP, LLC                            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Mark H. Hutchings*                             /s/ *Erica J. Chee*
Mark H. Hutchings                                   Erica J. Chee
552 E. Charleston Blvd.                             3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89104                                 Las Vegas, NV 89169
mhutchings@hutchingslawgroup.com                    Phone: (702) 369-6824
*Attorney for Plaintiffs*                           erica.chee@ogletree.com

                                                    Robert W. McFarland (*Pro Hac Vice Forthcoming*)
                                                    Amy Morrissey Turk (*Pro Hac Vice Forthcoming*)
                                                    MCGUIREWOODS LLP
                                                    101 West Main Street, Suite 9000
                                                    Norfolk, Virginia 23510
                                                    Phone: (757) 640-3716
                                                    rmcfarland@mcguirewoods.com
                                                    aturk@mcguirewoods.com

                                                    Joel S. Allen (*Pro Hac Vice Forthcoming*)
                                                    MCGUIREWOODS LLP
                                                    2000 McKinney Ave., Suite 1400
                                                    Dallas, Texas 75201
                                                    Phone: (214) 932-6400
                                                    jallen@mcguirewoods.com

                                                    *Attorneys for Defendants*

                                                    **ORDER**

**IT IS SO ORDERED.**

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

                                                    June 24, 2020
                                                    _____
                                                    DATED

3