UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DELANIE BUTLER and JOHN ROBINSON, individually and on behalf of all similarly situated class and collective action members,<br><br>Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | Case No. 2:20-cv-00861-JCM-EJY<br><br>**ORDER** |

Before the Court is Counsel McGuireWoods, LLP's Motion for Leave to Withdraw as Counsel for Defendant. ECF No. 27. The Motion is made with consent of Defendant. *Id.*

Pursuant to Nevada Local Rule IA 11-6, and Nevada Rules of Professional Conduct 1.16, McGuireWoods provides good cause for withdrawal as counsel. The claims originally raised in the instant matter were severed with some claims now proceeding in the Eastern District of Virginia ("EDVA"). McGruireWoods will remain as counsel for Defendant in the matter proceeding in EDVA, while Ogletree Deakins Nash Smoak & Stewart, P.C. will remain as counsel on the matter pending in this Court.

Accordingly, IT IS HEREBY ORDERED that the Motion for Leave to Withdraw (ECF No. 27) is GRANTED.

Dated this 6th day of August 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE