UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELANIE BUTLER, et al., | Case No. 2:20-CV-861 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant(s). | |

Presently before the court is defendant Portfolio Recovery Associates, LLC's motion, pursuant to Federal Rule of Civil Procedure 21, to sever plaintiff Delanie Butler's federal and state wage and hour claims brought on behalf of defendant's hourly workers, on one hand, from plaintiffs' claim under the WARN Act and the wage and hour claims brought on behalf of salaried employees, on the other; and, pursuant to 29 U.S.C. § 1404(a), to transfer the wage and hour claims on behalf of the hourly employees, to the United States District Court for the Eastern District of Virginia, Norfolk Division, where Butler is already a current plaintiff in a substantially similar case.  (ECF No. 13).  Plaintiffs indicated that they would not oppose this motion.  (ECF No. 23).

The parties then filed a stipulation which accomplishes the motion's request. (*Id.*).  This court granted the parties' stipulation.  (ECF No. 24).  In the interest of clarity, this court denies defendant's instant motion to sever and transfer as moot.  (ECF No. 13).

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to sever and transfer venue (ECF No. 13) be, and the same hereby is, DENIED as moot.

DATED August 7, 2020.

_____
UNITED STATES DISTRICT JUDGE