Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Telephone:  702.369.6800

*Attorney for Defendants*
*Portfolio Recovery Associates, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DELANIE BUTLER and JOHN ROBINSON, individually and on behalf of all similarly situated class and collective action members,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-00861-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(*First Request*) |

Pursuant to LR IA 6-1, LR IA 6-2, LR 7-1 and LR 26-1, Plaintiffs DELANIE BUTLER and JOHN ROBINSON (collectively "Plaintiffs") and Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant), by and through their respective counsel of record, hereby submit their first request for an extension of time of ten days up to and including Thursday, September 3, 2020, for the parties to file the proposed Discovery Plan and Scheduling Order ("DPSO").  The present deadline is August 24, 2020.  This is the parties' first request for an extension of time to extend the deadline to file the DPSO.

Good cause exists to extend the deadline to file the parties' DPSO in this matter.  On July 31, 2020, the Court granted the parties stipulation and order to sever hourly wage and hour claims and transfer those claims to the Eastern District of Virginia.  Thereafter, on August 6, 2020, the counsel

for McGuire Woods, who had previously appeared pro hac vice, withdrew as counsel to further represent Defendant in the transferred matter in the Eastern District of Virginia. The parties subsequently exchanged telephone calls and correspondence to schedule the FRCP Rule 26(f). Plaintiffs have prepared their proposed DPSO, and Defendant is reviewing their proposal to determine additional or alternate discovery provisions. Due to Defendant's counsel's deposition schedule in the last ten days, the parties have agreed to have an FRCP 26(f) discovery conference during the week of August 24, 2020, to discuss both parties' requested discovery provisions and the required parameters to include in the DPSO as required per FRCP 26. Therefore, the parties would like additional time to discuss the proposed language with their respective clients and see if they can come to some form of resolution before submitting separate DPSOs for the Court's consideration. As such, the parties stipulate to an extension of ten (10) days to afford the parties a reasonable period of time to meet and confer on the content of the proposed DPSO.

///

///

This stipulation is made in good faith and is not intended for purposes of delay.

**IT IS SO STIPULATED:**

DATED this 21st day of August 2020.  DATED this 21st day of August 2020.
HUTCHINGS LAW GROUP, LLC  OGLETREE, DEAKINS, NASH, SMOAK & STEWART

*/s/ Mark H. Hutchings*  */s/ Erica J. Chee*
Mark H. Hutchings  Erica J. Chee
552 E. Charleston Blvd.  3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89104  Las Vegas, NV 89169
Phone: (702) 660-7700  Phone: (702) 369-6824
mhutchings@hutchingslawgroup.com  erica.chee@ogletree.com

*Attorneys for Plaintiffs Delanie Butler and John Robinson individually and on behalf of all similarly situated class and collective action members*

*Attorneys for Defendant Portfolio Recovery Associates, LLC*

**IT IS SO ORDERED.**

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

August 24, 2020
_____
DATED

3