Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant*
*Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DELANIE BUTLER and JOHN ROBINSON, individually and on behalf of all similarly situated class and collective action members,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | Case No.:  2:20-cv-00861-JCM-EJY<br><br>**MOTION AND ~~PROPOSED~~ ORDER FOR WITHDRAWAL OF ERICA J. CHEE AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b), Dana B. Salmonson of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby requests that Erica J. Chee be removed from the instant action as an attorney of record for Defendant Portfolio Recovery Associates ("Defendant") as Ms. Chee is no longer with the firm.

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case.  Defendant will continue to be represented by Dana B. Salmonson.

. . .

. . .

. . .

. . .

Dana B. Salmonson also respectfully requests that Ms. Chee be removed from the CM/ECF filing notification in this matter.

DATED this 15th day of April, 2021.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Dana B. Salmonson*
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendant Portfolio Recovery Associates, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 16, 2021

2