Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant*
*Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DELANIE BUTLER and JOHN ROBINSON, individually and on behalf of all similarly situated class and collective action members,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00861-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiffs Delanie Butler and John Robinson (collectively, "Plaintiffs") and Defendant Portfolio Recovery Associates, LLC ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to a two-week extension of time in which to file the settlement documents in this matter.  This is the parties' second request for an extension of time.

Pursuant to the Joint Notice of Resolution filed on April 26, 2021, the parties anticipated completing the formal settlement agreement as well as the Joint Motion for Preliminary Approval of Class Action Settlement by June 7, 2021. (ECF No. 46.)  On June 7, 2021 the parties requested an

extension up to and including June 28, 2021 to file the same (ECF No. 47.) That request was granted on June 8, 2021. (ECF No. 48.)

Good cause now exists to extend the deadline to file settlement documents a second time. The parties have been diligently working on their Joint Settlement Agreement and Release, Joint Motion for Preliminary Approval of Class Action Settlement, and proposed Notice and Request for Exclusion Forms that will be sent to the proposed members of the class. Further, defense counsel is in the process of retaining a third party administrator to handle administering this class action. As such, counsel believes that the additional time will be sufficient to finalize the documents and have their respective clients sign the Settlement Agreement for filing.

Accordingly, the parties stipulate that the previously agreed upon deadline of June 28, 2021 is extended to July 12, 2021. This Stipulation is made in good faith and not for purposes of delay.

DATED this 28th day of June, 2021.  DATED this 28th day of June, 2021.

HUTCHINGS LAW GROUP, LLC  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Mark H. Hutchings*  /s/ *Dana B. Salmonson*
Mark H. Hutchings, Esq.  Dana B. Salmonson
Nevada Bar No. 12783  Nevada Bar No. 11180
552 E. Charleston Blvd.  Wells Fargo Tower
Las Vegas, NV 89104  Suite 1500
*Attorney for Plaintiffs*  3800 Howard Hughes Parkway
  Las Vegas, NV 89169
  *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 28, 2021

2