1  Dana B. Salmonson
2  Nevada Bar No. 11180
   dana.salmonson@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Wells Fargo Tower
4  Suite 1500
   3800 Howard Hughes Parkway
5  Las Vegas, NV  89169
   Telephone:  702.369.6800
6  Fax:  702.369.6888

7  *Attorney for Defendant*
   *Portfolio Recovery Associates, LLC*
8

9            **UNITED STATES DISTRICT COURT**

10            **FOR THE DISTRICT OF NEVADA**

| 11 | DELANIE BUTLER and JOHN ROBINSON, individually and on behalf of all similarly situated class and collective action members, | Case No.: 2:20-cv-00861-JCM-EJY |
|---|---|---|
| 12 | | |
| 13 | Plaintiffs, | **AMENDED STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED MOTION FOR CLASS ACTION SETTLEMENT AND RELATED DOCUMENTS** |
| 14 | vs. | |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X inclusive, | |
| 16 | | |
| 17 | | **(FIRST REQUEST)** |
| 18 | Defendants. | |

19
20  Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiffs Delanie Butler and John Robinson
21  (collectively, "Plaintiffs") and Defendant Portfolio Recovery Associates, LLC ("Defendant"), by
22  and through their respective counsel of record, hereby request and stipulate to a two-week extension
23  of time in which to file the Amended Motion for Class Action Settlement and related documents in
24  this matter as well as a stipulation and order to fix several clerical errors contained in ECF No. 24.
    This is the parties' first request for an extension of time.
25
26  Good cause exists to extend the deadlines contained herein.  On October 18, 2021, this Court
27  issued an Order that the parties prepare and file a stipulation and order to fix several clerical errors
28  in ECF No. 24 and to file an Amended Motion for Class Action Settlement and related documents

on or before November 17, 2021. (ECF No. 55.) The parties have been diligently working on amending these documents and revisions to ECF No. 24. However, due to scheduling conflicts, counsel is in the process of finalizing the amended documents and needs additional time for their respective clients' approval. As such, counsel believes that the additional time will be sufficient to finalize the documents and have their respective clients sign the Amended Settlement Agreement as well as file the Amended Joint Motion and revisions to ECF No. 24.

Accordingly, the parties stipulate that the deadline of November 17, 2021 be extended to December 1, 2021. This Stipulation is made in good faith and not for purposes of delay.

DATED this 18th day of November, 2021.          DATED this 18th day of November, 2021.

HUTCHINGS LAW GROUP, LLC                         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Mark H. Hutchings*                          /s/ *Dana B. Salmonson*
Mark H. Hutchings, Esq.                          Dana B. Salmonson
Nevada Bar No. 12783                             Nevada Bar No. 11180
552 E. Charleston Blvd.                          Wells Fargo Tower
Las Vegas, NV  89104                             Suite 1500
*Attorney for Plaintiffs*                        3800 Howard Hughes Parkway
                                                 Las Vegas, NV  89169
                                                 *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 19, 2021

2