Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant*
*Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DELANIE BUTLER and JOHN ROBINSON, individually and on behalf of all similarly situated class and collective action members,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00861-JCM-EJY<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Application for Preliminary Approval of a Class Action Settlement came before this Court, the Honorable James C. Mahan presiding, on January 25, 2022.  This Court, having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1. This Court grants preliminary approval of the Settlement and the Settlement Classes based upon the terms set forth in the Joint Stipulation of Settlement and Release between Plaintiffs and Defendant ("Stipulation of Settlement") filed herewith.  The Settlement appears to be fair, adequate and reasonable to the Classes.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Class Counsel, and the Class Representative Enhancement Awards should be finally approved as fair, reasonable and adequate as to the members of the Classes is scheduled in accordance with the Implementation Schedule set forth below.

4. This Court approves, as to form and content, the Notice of Pendency of Class Action, Request to Opt Out Form, Proposed Class Action Settlement, and Hearing Date for Court Approval ("Notice of Pendency of Class Action") in substantially the form attached to the Stipulation of Settlement. This Court approves the procedure for Class Members to participate in, to opt out of and to object to, the Settlement as set forth in the Notice of Pendency of Class Action.

5. This Court directs the mailing of the Notice of Pendency of Class Action and Proposed Settlement by first class mail to the Class Members in accordance with the Implementation Schedule set forth below. This Court finds the dates selected for the mailing and distribution of the Notice, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Settlement Classes are preliminarily certified for settlement purposes only.

7. This Court confirms Plaintiff Delanie Butler as Class Representative for the Hourly Employee class, and John Robinson as Class Representatives for the Salaried Employee class and Hutchings Law Group, LLC as Class Counsel.

8. This Court confirms Simpluris as the Claims Administrator.

9. To facilitate administration of the Settlement pending final approval, this Court hereby enjoins Plaintiff and all Class Members from filing or prosecuting any claims, suits or administrative proceedings (including filing claims with the Nevada Office of the Labor Commissioner) regarding claims released by the Settlement unless and until such Class Members

have filed valid Requests for Exclusion with the Claims Administrator and the time for filing claims with the Claims Administrator has elapsed.

    10.    This Court orders the following Implementation Schedule for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Defendant to Submit Class Member Information to Claim Administrator | __June 14__, 2022<br>[140 calendar days after Order granting Preliminary Approval] |
| b. | Deadline for Claims Administrator to Mail the Notice to Class members | __June 28__, 2022<br>[14 calendar days after receipt of Class information from Defendant] |
| c. | Deadline for Class Members to Postmark Requests for Exclusions | __July 28__, 2022<br>[30 calendar days after initial mailing of the Notice to Class Members] |
| d. | Deadline for Receipt by Court and Counsel of any Objections to Settlement | __July 28__, 2022<br>[30 calendar days after initial mailing of the Notice to Class Members] |
| e. | Deadline for Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees and Costs, and Enhancement Award | __August 3__, 2022<br>[7 calendar days before Final Approval Hearing] |
| f. | Deadline for Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | __August 3__, 2022<br>[7 calendar days before Final Approval Hearing] |
| g. | Final Fairness Hearing | __August 10__, 2022, at 10:00 AM |
| h. | Deadline for Defendant to Fund Settlement Account maintained by Claims Administrator | __August 31__, 2022<br>[21 calendar days after Effective Date] |
| i. | Deadline for Claims Administrator to wire transfer the Attorneys' Fees and Costs to Class Counsel (if Settlement is Effective) | __September 5__, 2022<br>[5 calendar days after Defendant Funds Settlement Account] |
| j. | Deadline for Claims Administrator to mail the Settlement Awards to Class Members and the Enhancement Awards to Class Representatives (if Settlement is Effective) | __September 10__, 2022<br>[10 days after Defendant Funds Settlement Account] |
| k. | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Awards, Attorneys' Fees and Costs (if Settlement is Effective) | __November 8__, 2022<br>[90 calendar days after Effective Date] |
| l. | Deadline checks paid to Claimants shall remain valid and negotiable | __March 9__, 2023<br>[180 calendar days from the date of issuance] |

3

| | | |
|---|---|---|
| m. | Deadline for Settlement Administrator to release uncashed funds back to Defendant | __May 1__, 2023 |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 25, 2022

4