Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant*
*Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DELANIE BUTLER and JOHN ROBINSON, individually and on behalf of all similarly situated class and collective action members,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00861-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES SET FORTH IN THE COURT'S IMPLEMENTATION SCHEDULE TO THE ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (ECF NO. 63)** |

Pursuant to LR IA 6-1, LR IA 6-2, LR 7-1 and LR 26-3, Plaintiffs Delanie Butler and John Robinson (collectively, "Plaintiffs") and Defendant Portfolio Recovery Associates, LLC ("Defendant"), by and through undersigned counsel, hereby stipulate and jointly request to extend the deadlines set forth in the Court's Implementation Schedule (ECF No. 63) by extending those deadlines for a period of forty-five (45) days. This is the parties' first request for an extension of these deadlines.

Good cause exists to extend the deadlines contained in the Court's Implementation Schedule. Defendant has been in the process of gathering and finalizing the class data for purposes of sending to the third-party administrator to circulate notice and needs the additional time to do so.

Given the need to continue the deadlines forty-five (45) days, the Parties are also seeking to continue the Final Fairness Hearing, presently scheduled for August 10, 2022 and related deadlines to allow the third-party administrator time to send the class notice and have the class members submit exclusion forms should they wish to do so. If granted, the new deadlines are as follows:

| | DEADLINE | CURRENT DATE | REVISED DATE |
|---|---|---|---|
| a. | Deadline for Defendant to Submit Class Member Information to Claim Administrator | June 14, 2022 | July 29, 2022 |
| b. | Deadline for Claims Administrator to Mail the Notice to Class members | June 28, 2022 | August 12, 2022 |
| c. | Deadline for Class Members to Postmark Requests for Exclusions | July 28, 2022 | September 12, 2022 |
| d. | Deadline for Receipt by Court and Counsel of any Objections to Settlement | July 28, 2022 | September 12, 2022 |
| e. | Deadline for Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees and Costs, and Enhancement Award | August 3, 2022 | September 21, 2022 [7 calendar days before Final Approval Hearing] |
| f. | Deadline for Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | August 3, 2022 | September 21, 2022 [7 calendar days before Final Approval Hearing] |
| g. | Final Fairness Hearing | August 10, 2022 | September 28, 2022 at 10:00 a.m. |
| h. | Deadline for Defendant to Fund Settlement Account maintained by Claims Administrator | August 31, 2022 | October 19, 2022 [21 calendar days after Effective Date/Final Fairness Hearing] |
| i. | Deadline for Claims Administrator to wire transfer the Attorneys' Fees and Costs to Class Counsel (if Settlement is Effective) | September 5, 2022 | _____, 2022 [5 calendar days after Defendant Funds Settlement Account] |
| j. | Deadline for Claims Administrator to mail the Settlement Awards to Class Members and the Enhancement Awards to Class Representatives (if Settlement is Effective) | September 10, 2022 | [10 days after Defendant Funds Settlement Account] |
| k. | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Awards, Attorneys' Fees and Costs (if Settlement is Effective) | November 8, 2022 | _____, 202_ [90 calendar days after Effective Date] |

| | | | |
|---|---|---|---|
| l. | Deadline checks paid to Claimants shall remain valid and negotiable | March 9, 2023 | _____, 2023 [180 calendar days from the date of issuance] |
| m. | Deadline for Settlement Administrator to release uncashed funds back to Defendant | May 1, 2023 | _____, 2023 |

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 21st day of July, 2022.                DATED this 21st day of July, 2022.

HUTCHINGS LAW GROUP, LLC                          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Mark H. Hutchings*                           */s/ Dana B. Salmonson*

Mark H. Hutchings                                 Anthony L. Martin
Nevada Bar No. 12783                              Nevada Bar No. 8177
300 S. 4th Street, Suite 1400                     Dana B. Salmonson
Las Vegas, NV 89101                               Nevada Bar No. 11180
*Attorney for Plaintiffs*                         10801 W. Charleston Blvd.
                                                  Suite 500
                                                  Las Vegas, NV 89135
                                                  *Attorneys for Attorney for Defendant Portfolio Recovery Associates, LLC*

IT IS ORDERED that the Final Fairness Hearing is continued to September 28, 2022, at 10:00 a.m.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

August 4, 2022
_____
DATED

3

52197794.v1-OGLETREE