Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.,
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant*
*Portfolio Recovery Associates, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DELANIE BUTLER and JOHN ROBINSON, individually and on behalf of all similarly situated class and collective action members,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00861-JCM-EJY<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

On September 28, 2022, this Court considered the Joint Motion for Final Approval of Class Action Settlement.  Counsel for Plaintiff and Defendant appeared at the hearing.  Having fully considered the motion, comments of counsel, and all supporting legal authorities, the Court orders as follows:

IT IS HEREBY ORDERED THAT:

1. This Court has jurisdiction over the subject matter of this litigation and personal jurisdiction over the named-Plaintiff, all settlement class members, and Defendant.

2. The Court adopts the defined terms of the Settlement Agreement.

3. Distribution of the Notice and the Exclusion Form directed to the Class Members, as set forth in the Settlement Agreement, and the other matters set forth therein have been completed in conformity with the Preliminary Approval Order, including individual notice to all Class

1 2 3 4 5 6 Members who could be identified through reasonable effort, and as otherwise set forth in the Settlement.  The Notice provided due and adequate notice of the proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Settlement Agreement, to all persons entitled to such a Notice, and the Notice fully satisfied the requirements of due process.  All Class Members and all Claims are covered by, and included within, the Settlement and the Court's Final Order and Judgment.

4. The Court confirms the appointment of Plaintiff Delanie Butler as Class Representative for the Hourly Employee class, and John Robinson as Class Representatives for the Salaried Employee class.  The Court approves the enhancement payment of $3,000 to each Class Representative ($6,000.00 in total), as set forth in the Settlement Agreement.

5. The Court confirmed the appointment of Hutchings Law Group, LLC as Class Counsel for the settlement class.  Counsel will be filing a separate Motion for Attorney's Fees and Costs related to this action, seeking $50,000.00 as agreed upon in the Settlement Agreement.

6. The Court grants final approval to this settlement and finds that the settlement is fair, reasonable, and adequate in all respects, including the attorneys' fees, costs, and incentive award provisions.  The Court specifically finds that the settlement confers a substantial benefit to settlement class members, considering the strength of Plaintiff's claims and the risk, expense, complexity, and duration of further litigation.  The response of the class supports settlement approval.  No class member objected to the settlement and only 1 requested exclusion from the settlement.  The Court further finds that the settlement is the rest of arms-length negotiations between experienced counsel representing the interests of both sides, which supports approval of the settlement in accordance with the standards set forth in the joint motion for final approval of settlement.

7. The court finds that as of the date of this Order each and every class member has waived and shall be deemed to have fully, finally, and forever released, relinquished, and discharged all claims, including unknown claims, as set forth in the Settlement Agreement and Notice of Class Action Settlement.

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

8. The Court finds that the settlement administrator Simpluris is entitled to $5,000 for administrative fees to be paid separate and apart from the Settlement Amount.

9. The Court directs the parties to effectuate the settlement terms as set forth in the Settlement Agreement and the settlement administrator to calculate and pay the claims of the class members in accordance with the terms set forth in the Settlement Agreement.

10. This Court orders the following Implementation Schedule for further proceedings:

| | | |
|---|---|---|
| a. | Final Fairness Hearing | September 28, 2022 |
| b. | Deadline for Defendant to Fund Settlement Account maintained by Claims Administrator | October 19, 2022 [21 calendar days after Order Granting Final Class Action Settlement Approval] |
| c. | Deadline for Claims Administrator to mail the Settlement Awards to Class Members and the Enhancement Awards to Class Representatives (if Settlement is Effective) | [10 days after Defendant Funds Settlement Account] |
| d. | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Awards, Attorneys' Fees and Costs (if Settlement is Effective) | December 27, 2022 [90 calendar days after Effective Date] |
| e. | Deadline checks paid to Claimants shall remain valid and negotiable | March 27, 2023 [180 calendar days from the date of issuance] |
| f. | Deadline for Settlement Administrator to release uncashed funds back to Defendant | May 19, 2023 |

11. The above-entitled action is dismissed on the merits with prejudice.

12. The Court retains jurisdiction to enforce the terms of the settlement, including the payment of the settlement fund.

**ORDER**

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE
DATED: September 28, 2022